IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LEXIE M. ROLAND                                       PLAINTIFF

v.                    No. 4:14-cv-22-DPM-BD

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                         DEFENDANT

ORDER

Unopposed recommendation, № 12, adopted. FED. R. CIV. P. 72(b)(1983 Addition to Advisory Committee Notes). The Court affirms the Commissioner's decision.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

1 December 2014