IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LEXIE M. ROLAND                          PLAINTIFF

v.                    No. 4:14-cv-22-DPM

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                DEFENDANT

## JUDGMENT

Roland's complaint is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

1 December 2014